Argued October 27, affirmed October 27, petition for rehearing
denied November 23, petition for review
denied December 29, 1971

## STATE OF OREGON, *Respondent, v.*
## DICKIE EARL WILLIAMS (No. 25227), *Appellant.*
### 489 P2d 974

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Joseph F. Ceniceros,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Affirmed from the bench.